PROB 22 (Rev. 1/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER (Tran. Court)**
23CR00990-002-JLS

**DOCKET NUMBER (Rec. Court)**
2:25-cr-00031-GMN-EJY-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jashaun Anthony Beau Hargrave<br>District of Nevada | Southern California | San Diego |

FILED ✓   RECEIVED ___
ENTERED ___   SERVED ON ___
FEB 13 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi  DEPUTY

| NAME OF SENTENCING JUDGE |
|---|
| Janis L. Sammartino<br>U.S. District Judge |

| DATES OF | FROM | TO |
|---|---|---|
| supervised release | 08/07/2024 | 08/06/2027 |

**OFFENSE**

8 U.S.C. § 1324(a)(1)(A)(ii), (v)(II); 8 U.S.C. § 1324(b); 18 U.S.C. §§ 924(d), 982(a)(6)(A); and 28 U.SC. § 2461(c), Transportation of Certain Aliens and Aiding and Abetting; Criminal Forfeiture, a Class D felony.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Hargrave has no significant ties to the Southern District of California and expects to remain in the District of Nevada for the remainder of supervised release. The probation office in the District of Nevada has requested a transfer of jurisdiction to allow any future concerns be addressed efficiently by the district wherein the offender is supervised.

## PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this court.*

02/10/2025
Date

Janis L. Sammartino
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

February 19, 2025
Effective Date

United States District Judge

8439251

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Jashaun Anthony Beau Hargrave
Case No.: To be assigned

**REQUEST ACCEPTANCE OF TRANSFER OF JURISDICTION**

February 12, 2025

TO:   United States District Judge

On November 9, 2023, Mr. Hargrave was sentenced to 12 months and 1 day imprisonment, followed by 3 years of supervised release for committing the offense of Transportation of Certain Aliens and Aiding and Abetting in the Southern District of California. On August 7, 2024, he commenced supervision in the District of Nevada.

Mr. Hargrave has resided in the District of Nevada since 2021. Currently, he has no intentions of moving to another District. Mr. Hargrave has no communal ties to the Southern District of California. Furthermore, on January 25, 2025, he was contacted by the Nye County Sherriff's Office (NCSO) in Pahrump, NV, in response to a domestic dispute. According to NCSO, Mr. Hargrave was highly intoxicated and involved in a battery against his girlfriend's mother's boyfriend. Though, this individual did not want to press charges. Therefore, Mr. Hargrave was not arrested.

The undersigned officer has not received the final report from NCSO. In light of this possible noncompliance, the probation office is requesting that transfer of jurisdiction be completed to the District of Nevada. Should the Court agree with this request, please countersign the attached Probation Form 22 already signed by the Honorable Janis L. Sammartino agreeing to relinquish jurisdiction of this case.

Should the Court have any questions or concerns, please contact the undesigned officer at (702-378-0704 or Zachary_warner@nvp.uscourts.gov

Respectfully submitted,

Digitally signed by
Zack Warner
Date: 2025.02.13
09:37:52 -08'00'

Zachary Warner
United States Probation Officer

ADDENDUM TO PETITION (Probation Form 12)
RE: Jashaun Anthony Beau Hargrave

Approved:

_____
Digitally signed by Steve Goldner
Date: 2025.02.12 21:09:36 -08'00'

Steve M Goldner
Supervisory United States Probation Officer